IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR235-5-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| **GILBERT GARRILLE CALDWELL,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Court's Order, filed on June 18, 2015[1], ordering this matter for resentencing.

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of GILBERT GARRILLE CALDWELL (USM# 20519-058), for re-sentencing on September 8, 2015, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than August 14, 2015, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 1, 2015

Richard L. Voorhees
United States District Judge

[1] The Court granted the Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, following remand from the Fourth Circuit Court of Appeals and on the Government's Response to Defendant's Motion and Supplemental Motion. The Defendant will be resentenced without the § 851 enhancement.